IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>vs.<br><br>JOHN EDWARD LEWTON,<br><br>    Defendant. | CR 24-109-BMM-JTJ<br><br>ORDER |

**IT IS HEREBY ORDERED** that the above-captioned cause is **REASSIGNED** to the Honorable Susan P. Watters for all further proceedings.

DATED this 30th day of December, 2024.

_____
Brian Morris, Chief District Judge
United States District Court